IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| STEVIE DANIELS, | ) |
| | ) |
|   Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 1:23-cv-622-ECM |
| | ) |
| DOTHAN COCA-COLA UNITED BOTTLING COMPANY, *et al.*, | ) |
| | ) |
|   Defendants. | ) |

**MEMORANDUM OPINION and ORDER**

On January 3, 2024, the Magistrate Judge entered a Recommendation (doc. 26) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 26) is ADOPTED;

2. The motion to dismiss filed by Defendants Neil Guess, Larry Collins, and Tonya McKenzie (doc. 19) is GRANTED;

3. Neil Guess, Larry Collins, and Tonya McKenzie are DISMISSED as parties;

4. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 14th day of February, 2024.

                                      /s/ Emily C. Marks
                                      EMILY C. MARKS
                                      CHIEF UNITED STATES DISTRICT JUDGE